IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01762-WYD-CBS

ALFRED BAIDEN,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director, Denver District Office, United States Citizenship and Immigration Service; and
FEDERAL BUREAU OF INVESTIGATIONS,

    Defendants.

## ORDER OF DISMISSAL

    In light of the Notice of Dismissal filed on September 4, 2009, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

    ORDERED that this case is hereby **DISMISSED**.  It is

    FURTHER ORDERED that the Order to Show Cause of August 19, 2009, is **DISCHARGED**.

    Dated:  September 8, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge